```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

                              CRIMINAL CASE NO.

v.

                              1:14-cr-21-JEC-AJB

AURTURO GUERRERO-VASQUEZ,

    Defendant.

## ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [23] recommending accepting defendant's plea of guilty tendered on May 6, 2014.  No objections to the Report and Recommendation [23] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [23] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED this 1st day of July, 2014.

                                        /s/ Julie E. Carnes
                                        JULIE E. CARNES
                                        CHIEF U.S. DISTRICT JUDGE